Rick L. Shackelford (SBN CA 151262)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tele: 310-586-7700
Fax: 310-586-7800
Email: *shackelfordr@gtlaw.com*

Michael R. Goodman (*PHV Pending*)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Tel: 303-685-7481
Fax: 303-5726540
Email: *goodmanm@gtlaw.com*

Attorneys for Defendant, cbdMD, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DAVIS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>cbdMD, INC.,<br><br>Defendant. | CASE NO. 2:19-cv-10241-DMG-JEM<br><br>Honorable Dolly M. Gee<br><br>**DEFENDANT cbdMD, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>[Filed concurrently with: Memorandum of Points and Authorities in support of Motion to Dismiss; Request for Judicial Notice and [Proposed] Order Thereon]<br><br>Date:        April 10, 2020<br>Time:        9:30 a.m.<br>Courtroom:   8C<br><br>Action Filed:  December 3, 2019<br>Trial Date:    None |

CASE NO. 2:19-cv-10241-DMG-JEM
cbdMD, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that on April 10, 2020 at 9:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Dolly M. Gee in courtroom 8C of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California 90012, Defendant cbdMD, Inc. ("cbdMD") will and hereby does move for an order dismissing Plaintiff Cynthia Davis' ("Davis") First Amended Class Action Complaint under Federal Rule of Civil Procedure 12(b)(6), on the ground that her claims are properly subject to dismissal pursuant to the doctrine of primary jurisdiction. In the alternative, cbdMD moves to stay the action indefinitely under the doctrine of primary jurisdiction.

      This motion represents cbdMD's initial response to the First Amended Complaint. CbdMD believes that certain aspects of the First Amended Complaint, particularly as pertain to the Plaintiff's standing to pursue claims on products she did not purchase, personal jurisdiction over cbdMD with respect to purchases made by non-California citizens outside of California, and failure to provide pre-suit notifications required under the laws of other states, render the First Amended Complaint to subject to dismissal in whole or in part. Based upon this Court's opinion in *Robinson v. Unilever United States*, No. CV 17-3010-DMG, U.S. Dist. LEXIS 225254 (Jan. 25, 2018), cbdMD does not waive any of those defenses by bringing this motion to dismiss, and, if necessary, will assert them in any answer that may be required and raise them in connection with class certification or other motion at an appropriate time.

      This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice and accompanying exhibits, and the pleadings and other materials filed herein, and on such other and further oral and documentary evidence as may be presented at the hearing on this Motion.

///

///

This motion is brought following the conference of counsel pursuant to Local Rule 7-3, which was held in a series of email communications which took place on January 27 and January 29, 2020.

                                            Respectfully submitted,

DATED:  March 13, 2020        GREENBERG TRAURIG, LLP

                                      By  */s/ Rick L. Shackelford*
                                           Rick L. Shackelford
                                           Attorney for Defendant,
                                           cbdMD, INC.